IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DVH COMPANIES, INC.,<br>D/B/A SOUTHWEST WHEEL COMPANY,<br>AND D/B/A ETRAILERPART.COM,<br><br>Plaintiff<br><br>vs.<br><br>BROPFS CORPORATION<br>D/B/A ETRAILER.COM,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.  3-06CV2084-P |

## MOTION TO SET ASIDE ENTRY OF DEFAULT

Defendant Bropfs Corporation d/b/a etrailer.com ("Bropfs"), by and through its undersigned attorneys, and pursuant to Rules 55(c) of the Federal Rules of Civil Procedure hereby moves this Honorable Court to set aside the entry of default entered by the Clerk on December 12, 2006.  Pursuant to Fed. R. Civ. P. 6(e) and an express decision of this Court on the same facts, Bropfs' Answer is not actually due until December 14, 2006, 23 days after service on the Secretary of State.  In the alternative, if this Court rejects precedent from this Judicial District and deems Bropfs' Answer to have been due on December 11, 2006, Bropfs' showing of good cause herein entitles it to have the Entry of Default set aside.

For the reasons stated herein and as more fully detailed in the accompanying Memorandum of Law, Defendant respectfully requests that this Court set aside the Clerk's Entry of Default.

Dated: December 15, 2006

Respectfully submitted,

PATTON BOGGS LLP

_____ /s/ Talcott J. Franklin_____
Talcott J. Franklin
State Bar No. 24010629
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
Phone:  (214) 758-1500
Fax:  (214) 758-1550

OF COUNSEL:

Cathy J. Futrowsky
Gallop, Johnson & Neuman, L.C.
101 Constitution Avenue, N.W.
Suite 675 East
Washington, D.C.  20001
Telephone:  (202) 682-0707

*Attorneys for Defendant/Counterclaim Plaintiff*
*Bropfs Corporation d/b/a etrailer.com*

## CERTIFICATE OF CONFERENCE

On December 15, 2006, pursuant to Local Rule 7.1(h), I conferred with Pieter J. Tredoux about the substance of this motion and it is opposed.

_____/s/  Talcott J. Franklin_____
Talcott J. Franklin

## CERTIFICATE OF SERVICE

**This is to certify that the above and foregoing Defendant's Original Answer and Counterclaim was served upon all counsel of record by notice of electronic filing, pursuant to FED. R. CIV. P. 5(b)(2)(D), today, December 15, 2006, and US Mail.**

Pieter J. Tredoux
901 Main Street
Suite 6300
Dallas, Texas  75202
214-712-9291 (telephone)
214-712-5690 (telecopier)

and

Scott T. Griggs
Dennis T. Griggs
Griggs Bergen LLP
Bank of America Plaza
901 Main Street
Suite 6300
Dallas, Texas  75202
214-653-2400 (telephone)
214-653-2401 (telecopier)

_____/s/  Talcott J. Franklin_____
Talcott J. Franklin