IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DVH COMPANIES, INC., <br> D/B/A SOUTHWEST WHEEL COMPANY, <br> AND D/B/A ETRAILERPART.COM, <br><br> Plaintiff <br><br> vs. <br><br> BROPFS CORPORATION <br> D/B/A ETRAILER.COM, <br><br> Defendant. | § § § § § § § § § § § § § | Civil Action No. 3-06CV2084-P |

**DEFENDANT'S COMPENDIUM OF UNREPORTED CASES CITED IN ITS
BRIEF IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT
AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

1. *Brown v. Bandai America, Inc.*, No. 3-01-CV-0442-R, 2002 WL 1285265 (N.D. Tex. June 4, 2002)

2. *Pham v. Hoang*, No. 05-CV-669, No. Civ. A. 1:05-CV-669, 2006 WL 1320118 (E.D. Tex. Apr. 17, 2006)

3. *Ice Co. Prod. V. C&R Refrigeration, Inc.*, No. Civ. A. 9:05 CV 003, 2005 WL 1799517 (N.D. Tex. July 26, 2005)

4. *Verity Instruments, Inc. v. KLA-Tencor Corp.*, No. 3:06-CV-0005-D, 2006 WL 929235 (N.D. Tex. Apr. 10, 2006)

5. *Stelax Industries, Ltd. v. Donahue*, No. 3:03-CV-923-M, 2004 WL 733844 (N.D. Tex. March 25, 2004)

Dated: December 15, 2006

Respectfully submitted,

PATTON BOGGS LLP

/s/ Talcott J. Franklin
Talcott J. Franklin
State Bar No. 24010629
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
Phone: (214) 758-1500
Fax: (214) 758-1550

OF COUNSEL:

Cathy J. Futrowsky
Gallop, Johnson & Neuman, L.C.
101 Constitution Avenue, N.W.
Suite 675 East
Washington, D.C. 20001
Telephone: (202) 682-0707

*Attorneys for Defendant/Counterclaim Plaintiff Bropfs Corporation d/b/a etrailer.com*

**DEFENDANT'S COMPENDIUM OF UNREPORTED CASES CITED IN ITS
BRIEF IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT
AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT- Page 2**
999999.0140\400435

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing Defendant's Compendium of Unreported Cases Cited in its Brief in Support of Motion to Set Aside Entry of Default and In Opposition to Plaintiff's Motion for Entry of Default was served upon all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D), today, December 15, 2006.

Pieter J. Tredoux
901 Main Street
Suite 6300
Dallas, Texas  75202
214-712-9291 (telephone)
214-712-5690 (telecopier)

and

Scott T. Griggs
Dennis T. Griggs
Griggs Bergen LLP
Bank of America Plaza
901 Main Street
Suite 6300
Dallas, Texas  75202
214-653-2400 (telephone)
214-653-2401 (telecopier)

                                       /s/ Talcott J. Franklin
                                        Talcott J. Franklin