Case 3:06-cv-02084-P   Document 16-2   Filed 12/15/06   Page 1 of 1   PageID 162

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@txndlei.txnd.circ5.dcn
Message-Id:<2879877@txnd.uscourts.gov>
Bcc:amy_brinson@txnd.uscourts.gov, beverly_church@txnd.uscourts.gov, brenda_webb@txnd.uscourts.gov, ptredoux@tredoux.com, scott@griggslaw.com
Subject:Activity in Case 3:06-cv-02084 DVH Companies Inc v. Bropfs Corporation Motion to Set Aside Default
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered  by Franklin, Talcott  on 12/15/2006 5:43 PM CST and filed on 12/15/2006

Case Name: DVH Companies Inc v. Bropfs Corporation
Case Number: 3:06-cv-2084 /cgi-bin/DktRpt.pl?162154
Filer: Bropfs Corporation

Document Number: 14
Copy the URL address from the line below into the location bar of your Web browser to view the document: /cgi-bin/show_case_doc?14,162154,,MAGIC,,,59
Docket Text:
  MOTION to Set Aside Default by Bropfs Corporation with Memorandum in Support.  (Franklin, Talcott)
3:06-cv-2084 Notice has been electronically mailed to:
Scott T Griggs                                    scott@griggslaw.com

Pieter J Tredoux                                  ptredoux@tredoux.com


3:06-cv-2084 Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1004035775 [Date=12/15/2006] [FileNumber=2879876-0] [02c03bb831b08c0c58efe49839c0e9515b56dd4635a42a9d767911f725cb17946eb9b540c1e9601be78ae817c3d2c1dab925921214d08b5a4e19a51672fcf885]]
```