IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DVH COMPANIES, INC., <br> D/B/A SOUTHWEST WHEEL COMPANY, <br> AND D/B/A ETRAILERPART.COM, <br><br> Plaintiff <br><br> vs. <br><br> BROPFS CORPORATION <br> D/B/A ETRAILER.COM, <br><br> Defendant. | § § § § § § § § § § § § § | Civil Action No.  3-06CV2084-P |

## STIPULATION

Defendant Bropfs Corporation d/b/a etrailer.com ("Bropfs" or "Defendant") hereby stipulates that Plaintiff DVH Companies, Inc. d/b/a Southwest Wheel Company and d/b/a etrailerpart.com may file an Amended Table of Contents and an Amended Table of Authorities to Plaintiff's Response and Opposition to Defendant's Motion to Set Aside Entry of Default and Brief in Support.

Bropfs hereby agrees that the Amended Table of Contents and Amended Table of Authorities will be deemed as though it had been filed on the same date and time as Plaintiff's Response and Opposition to Defendant's Motion to Set Aside Entry of Default and Brief in Support.

Dated: January 10, 2007


      /s/  Talcott J. Franklin
Talcott J. Franklin
State Bar No. 24010629
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
Phone:  (214) 758-1500
Fax:  (214) 758-1550


**Stipulation**

403489