IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DVH COMPANIES, INC., <br> D/B/A SOUTHWEST WHEEL COMPANY, <br> AND D/B/A ETRAILERPART.COM, <br><br> Plaintiff <br><br> vs. <br><br> BROPFS CORPORATION <br> D/B/A ETRAILER.COM, <br><br> Defendant. | § § § § § § § § § § § § § | Civil Action No.  3-06CV2084-P |

**DEFENDANT'S SECOND COMPENDIUM OF UNREPORTED**
**CASES CITED IN ITS REPLY MEMORANDUM IN SUPPORT OF**
**MOTION TO SET ASIDE ENTRY OF DEFAULT**

1. *Goldstein v. Gordon*, No. 200CV0022P, 2002 WL 324289 (N.D. Tex. Feb. 27, 2002) (Solis, J.)

2. *Nelson v. Star Enter.*, No. 99-30976, 2000 WL 960513 (5th Cir. June 15, 2000)

3. *MOK v. Dunkin' Donuts*, No. 05-92-02557-CV, 1993 WL 74740 (Tex.App.—Dallas, writ denied)

Dated: January 10, 2007                             Respectfully submitted,

                                                                        PATTON BOGGS LLP

                                                                         /s/  Talcott J. Franklin
                                                                      Talcott J. Franklin
                                                                      State Bar No. 24010629
                                                                      2001 Ross Avenue, Suite 3000
                                                                      Dallas, Texas 75201
                                                                      Phone:  (214) 758-1500
                                                                      Fax:  (214) 758-1550

>OF COUNSEL:
>
>Cathy J. Futrowsky
>Gallop, Johnson & Neuman, L.C.
>101 Constitution Avenue, N.W.
>Suite 675 East
>Washington, D.C.  20001
>Telephone:  (202) 682-0707
>
>*Attorneys for Defendant/Counterclaim Plaintiff*
>*Bropfs Corporation d/b/a etrailer.com*

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing was served upon all counsel of record (listed below) by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D), today, January 10, 2007 and by United States mail.

Pieter J. Tredoux
901 Main Street
Suite 6300
Dallas, Texas   75202
214-712-9291 (telephone)
214-712-5690 (telecopier)

and

Scott T. Griggs
Dennis T. Griggs
Griggs Bergen LLP
Bank of America Plaza
901 Main Street
Suite 6300
Dallas, Texas   75202
214-653-2400 (telephone)
214-653-2401 (telecopier)

>     /s/  Talcott J. Franklin
>     Talcott J. Franklin