




IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ORIGINAL**

| | |
|---|---|
| DVH COMPANIES, INC., <br> D/B/A SOUTHWEST WHEEL COMPANY, <br> AND D/B/A ETRAILERPART.COM, <br><br> Plaintiff, <br><br> vs. <br><br> BROPFS CORPORATION, <br> D/B/A ETRAILER.COM, <br><br> Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 3-06-CV2084-P- <br> -ECF |

## ADDENDUM IN SUPPORT OF PLAINTIFF'S
## MOTION FOR SUMMARY JUDGMENT

1. **Exhibits to the Affidavit of Mike Phillips in Support of Plaintiff's Motion for Summary Judgment**

| | |
|---|---|
| Exhibit "A" | Southwest Wheel Boat Trailer Kits and Parts Catalog. July 1, 1964 |
| Exhibit "B" | Southwest Wheel & Manufacturing Co. Trailer Parts Catalog. March 25, 1966 |
| Exhibit "C" | Southwest Wheel & Manufacturing Co. Trailer Parts Catalog. March 25, 1967 |
| Exhibit "D" | Excerpts from Southwest Wheel & Manufacturing Co. Running Gear Catalog. Circa 1970 |
| Exhibit "E" | Southwest Wheel & Manufacturing Co. Running Gear Catalog. Circa 1972 |
| Exhibit "F" | Southwest Wheel & Manufacturing Co. Agri-Industry Catalog. Circa 1980 |
| Exhibit "G" | Southwest Wheel Inc. Keep on Trucking Flyer. 1985 |
| Exhibit "H" | Southwest Wheel Inc. Your First Choice for Trailer Running Gear Flyer. 1987 |
| Exhibit "I" | Southwest Wheel Co. Trailer Wheel Coupon. On TV. Lubbock. April 1988 |
| Exhibit "J" | Southwest Wheel Co. Southwest Who Flyer. 1989 |
| Exhibit "K" | Southwest Wheel Co. Spring Running Gear Specials Flyer. 1989 |

ADDENDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (Continued)

| Exhibit "L" | Southwest Wheel Company. Trailer & Axle Components Catalog. 1992 Cover |
|---|---|
| Exhibit "M" | <www.southwestwheel.com> Web pages. 1999 |
| Exhibit "N" | <www.southwestwheel.com> Excerpts from Web pages. 2000 Trailer Parts Section |
| Exhibit "O" | <www.southwestwheel.com> Excerpts from Web pages. 2000 - early 2001 Home Page and Trailer Parts Section |
| Exhibit "P" | Firestone Accu-Ride Wheels and Rims Specifications. Circa 1975 |
| Exhibit "Q" | Firestone Accu-Ride Wheel & Rim Catalog. 1979 - 1980 Cover |
| Exhibit "R" | Trailer/Body Builders. Vol. 48, Issue 4, February 2007, p 12. Catering to the Trailer Industry |
| Exhibit "S" | Trailer/Body Builders. Vol. 48, Issue 4, February 2007, p 31. A New Day for Trailer Swing Doors. |
| Exhibit "T" | Trailer/Body Builders. Vol. 48, Issue 4, February 2007, p 32. Finest Quality Trailer Brake System. |
| Exhibit "U" | Trailer/Body Builders. Vol. 48, Issue 4, February 2007, p 34. Most Durable Trailer Floors on the Road. |
| Exhibit "V" | Trailer/Body Builders. Vol. 48, Issue 4, February 2007, p 39. Dibs on the quiet trailer. |
| Exhibit "W" | Trailer/Body Builders. Vol. 48, Issue 4, February 2007, pp 20-38. Trailer output increases 13%. |

2. **Exhibits to the Affidavit of Scott T. Griggs in Support of Plaintiff's Motion for Summary Judgment**

| Exhibit "X" | USPTO File Wrapper Serial No. 78/229,831/Registration No. 2,906,248, |
|---|---|
| Exhibit "Y" | Internet Archive Search |
| Exhibit "Z" | USPTO Trademark Search |
| Exhibit "AA" | USPTO Patent Search |
| Exhibit "BB" | Google® and Yahoo® Search |
| Exhibit "CC" | St. Louis, Missouri Yellow Pages® Directory Search |
| Exhibit "DD" | St. Louis, Missouri Yellow Pages Trailer Advertisers With Web Sites |
| Exhibit "EE" | <etrailer.com> Web Site Review Excerpts |
| Exhibit "FF" | O'Reilly Auto Parts and Northern Tool & Equipment Web Site Review Excerpts |
| Exhibit "GG" | Dictionary Definitions |
| Exhibit "HH" | Autozone.com Automotive Terms Glossary Excerpts |

ADDENDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (Continued)

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2007, the above and foregoing Addendum in Support of Plaintiff's Motion for Summary Judgment, was served via hand delivery as follows:

    Talcott J. Franklin, Esq.
    Patton Boggs LLP
    2001 Ross Avenue
    Suite 3000
    Dallas, Texas 75201

_____
Pieter J. Tredoux