IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DVH COMPANIES, INC. d/b/a <br> SOUTHWEST WHEEL CO. and d/b/a <br> ETRAILERPART.COM, <br> <br> Plaintiff, <br> <br> v. <br> <br> BROPFS CORP. d/b/a ETRAILER.COM, <br> <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> <br> CIVIL ACTION NO. <br> 3:06-CV-2084-P |

## **ORDER**

In light of the Court's November 6, 2007 ruling on Plaintiff's motion for summary judgment, the Court hereby DENIES as moot (1) Plaintiff's Motion to Exclude Opinion Testimony of Geoffrey Nunberg, filed October 12, 2007 [Docket # 57], and (2) Defendant's Motion to Strike New Arguments and Evidence Presented in Plaintiff's Reply Brief, filed October 24, 2007 [Docket # 63].

It is SO ORDERED, this 14th day of November, 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

1