IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DVH COMPANIES, INC., <br> D/B/A SOUTHWEST WHEEL COMPANY, <br> AND D/B/A ETRAILERPART.COM, <br><br> Plaintiff <br><br> vs. <br><br> BROPFS CORPORATION <br> D/B/A ETRAILER.COM, <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 3-06CV2084-P-ECF |

## JOINT NOTICE OF SETTLEMENT

TO: CLERK OF THE COURT

Notice is hereby given that all claims against all parties in this action have been settled in their entirety. The Parties are preparing settlement documents and anticipate submitting a Joint Stipulation of Dismissal for the Court's approval within the next thirty (30) days.

Dated: December 13, 2007

Jointly submitted,

| /s/ Pieter J. Tredoux | /s/ Talcott J. Franklin |
|---|---|
| Pieter J. Tredoux | Talcott J. Franklin |
| (Member of the New York Bar) | State Bar No. 24010629 |
| 901 Main Street | Shannon W. Conway |
| Suite 6300 | State Bar No. 24052047 |
| Dallas, Texas 75202 | |
| Telephone: (214) 712-9192 | PATTON BOGGS LLP |
| Facsimile: (214) 712-5690 | 2001 Ross Avenue |
| | Dallas, Texas 75201 |
| and | Telephone: (214) 758-1500 |
| | Facsimile: (214) 758-1550 |
| Scott T. Griggs | |
| State Bar No. 24032254 | |
| Dennis T. Griggs | |
| State Bar No. 08488500 | **ATTORNEYS FOR DEFENDANT** |
| Griggs Bergen LLP | **BROPFS CORPORATION d/b/a** |
| Bank of America Plaza | **ETRAILER.COM** |
| 901 Main Street | |
| Suite 6300 | |
| Dallas, Texas 75202 | |
| Telephone: (214) 653-2400 | |
| Facsimile: (214) 653-2401 | |

**ATTORNEYS FOR PLAINTIFF
DVH COMPANIES, INC. d/b/a
SOUTHWEST WHEEL
COMPANY, and d/b/a
ETRAILERPART.COM**