IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DVH COMPANIES, INC., <br> D/B/A SOUTHWEST WHEEL COMPANY, <br> AND D/B/A ETRAILERPART.COM, <br><br> Plaintiff, <br> vs. <br><br> BROPFS CORPORATION, <br> D/B/A ETRAILER.COM, <br> Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 3-06-CV2084-P <br> -ECF |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant DVH Companies, Inc., d/b/a Southwest Wheel Company, and d/b/a etrailerpart.com ("Southwest Wheel"), and Defendant/Counter-Plaintiff Bropfs Corporation, d/b/a etrailer.com ("Bropfs"), collectively the "Parties", jointly stipulate that:

1. Plaintiff and Defendant have executed a Compromise Settlement Agreement and Mutual Release, dated February 25, 2008 (the "Agreement") resolving the claims asserted or assertable by the Parties in this cause.

2. Plaintiff and Defendant accordingly stipulate and agree that all claims and causes of action asserted or assertable by Plaintiff against Defendant by its Complaint, and all claims and causes of action asserted or assertable by Defendant against Plaintiff by its Counterclaim, in this cause, be dismissed <u>with prejudice</u> to their refiling pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**STIPULATION OF DISMISSAL – Page 1**
467395

3. Plaintiff and Defendant further stipulate and agree that, notwithstanding such dismissal, the Court shall retain jurisdiction for the purpose of enforcing the terms and conditions of the Agreement.

DATED: March___, 2008

                              Jointly submitted,

*/s/ Shannon Conway*

Talcott J. Franklin
State Bar No. 2401062
Shannon W. Conway
State Bar No. 24052047
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, Texas 75201
(214) 758-1500 (telephone)
(214) 758-1550 (telecopier)

OF COUNSEL
Cathy J. Futrowsky
Gallop, Johnson & Neuman, L.C.
101 Constitution Avenue, N.W.
Suite 675 East
Washington, D.C. 20001
(202) 682-0707 (telephone)
(202) 682-0404 (telecopier)

*Attorneys for Defendant/Counter-Plaintiff Bropfs Corporation d/b/a etrailer.com*

Pieter J. Tredoux
(Member of the New Bar)
901 Main Street
Suite 6300
Dallas, Texas 75202
(214) 712-9291 (telephone)
(214) 712-5690 (telecopier)

and

Scott T. Griggs
State Bar No. 24032254
Dennis T. Griggs
State Bar No. 08488500
Griggs Bergen LLP
Bank of America Plaza
901 Main Street, Suite 6300
Dallas, Texas 75202
(214) 653-2400 (telephone)
(214) 653-2401 (telecopier)

*Co-Counsel for Plaintiff/Counter-Defendant DVH Companies Inc., d/b/a Southwest Wheel Company, and d/b/a etrailerpart.com*

**STIPULATION OF DISMISSAL – Page 2**
467395

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DVH COMPANIES, INC., D/B/A SOUTHWEST WHEEL COMPANY, AND D/B/A ETRAILERPART.COM, | § § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 3-06-CV2084-P |
| vs. | § § | -ECF |
| BROPFS CORPORATION, D/B/A ETRAILER.COM, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The Court, having considered the Stipulation of Dismissal filed by Plaintiff DVH Companies, Inc., d/b/a Southwest Wheel Company, and d/b/a etrailerpart.com ("Plaintiff"), and Defendant Bropfs Corporation, d/b/a etrailer.com ("Defendant"), finds that Plaintiff and Defendant have reached a settlement, set forth in a Compromise Settlement Agreement and Mutual Release, effective as of February 25th, 2008 (the "Agreement"), and have stipulated and agreed that all claims and causes of action asserted or assertable by Plaintiff against Defendant by its Complaint, and all claims and causes of action asserted or assertable by Defendant against Plaintiff by its Counterclaim, in this cause, be dismissed with prejudice to their refiling pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that all claims and causes of action asserted or assertable by Plaintiff against Defendant, and all claims and causes of action asserted or

**STIPULATION OF DISMISSAL – Page 3**
467395

assertable by Defendant against Plaintiff, in this cause be and the same hereby are dismissed <u>with prejudice</u> to the refiling thereof.

IT IS FURTHER ORDERED that, notwithstanding such dismissal, this Court shall retain jurisdiction for the purpose of enforcing the terms and conditions of the Agreement.

IT IS SO ORDERED.

DATED: _____

_____
Hon. JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

_____
Pieter J. Tredoux
Counsel for Plaintiff

_____
Talcott J. Franklin
Counsel for Defendant

**STIPULATION OF DISMISSAL – Page 4**
467395